B5 (Official Form 5) (12/07)    FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>**Central District of California** | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Marciano, Georges** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**0651** | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**1000 N. Crescent Drive**<br>**Beverly Hills, CA 90210** | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Los Angeles** | |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>■ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | FILED<br>OCT 27 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:              Deputy Clerk |

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor **Marciano, Georges**

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_
Signature of Petitioner or Representative (State title)

**Joseph Fahs**    10-26-09
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _[signature]_    10-27-09
Signature of Attorney            Date

**Law Offices of Bradley E. Brook**
Name of Attorney Firm (If any)

**523 West Sixth Street, Suite 215**
**Los Angeles, CA 90014**
Address
Telephone No.    **(213) 630-2882**

---

X _____
Signature of Petitioner or Representative (State title)

**Steven Chapnick**
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney            Date

**Law Offices of Bradley E. Brook**
Name of Attorney Firm (If any)

**523 West Sixth Street, Suite 215**
**Los Angeles, CA 90014**
Address
Telephone No.    **(213) 630-2882**

---

X _____
Signature of Petitioner or Representative (State title)

**Elizabeth Tagle**
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney            Date

**Law Offices of Bradley E. Brook**
Name of Attorney Firm (If any)

**523 West Sixth Street, Suite 215**
**Los Angeles, CA 90014**
Address
Telephone No.    **(213) 630-2882**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Joseph Fahs<br>C/O Alain V. Bonavida, Esq.<br>Law Offices of Alain V. Bonavida<br>499 N. Canon Dr., 4th Floor<br>Beverly Hills, CA 90210 | Judgment | 55,000,000.00 |
| Steven Chapnick<br>C/O Michael J. Partos, Esq.<br>Cozen O'Conner<br>777 S. Figueroa St., Ste. 2850<br>Los Angeles, CA 90017 | Judgment | 25,000,000.00 |
| Elizabeth Tagle<br>C/O John D. Guerrini, Esq.<br>The Guerrini Law Firm<br>750 East Green Street, Suite 200<br>Pasadena, CA 91101 | Judgment | 15,300,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**95,300,000.00** |

_0_ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor  **Marciano, Georges**

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

**Joseph Fahs**
Name of Petitioner                     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____
Signature of Attorney                  Date

**Law Offices of Bradley E. Brook**
Name of Attorney Firm (If any)

**523 West Sixth Street, Suite 215**
**Los Angeles, CA 90014**
Address
Telephone No.   **(213) 630-2882**

X _[signature]_
Signature of Petitioner or Representative (State title)   10/27/09

**Steven Chapnick**
Name of Petitioner                     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _[signature]_   10·27·09
Signature of Attorney                  Date

**Law Offices of Bradley E. Brook**
Name of Attorney Firm (If any)

**523 West Sixth Street, Suite 215**
**Los Angeles, CA 90014**
Address
Telephone No.   **(213) 630-2882**

X _____
Signature of Petitioner or Representative (State title)

**Elizabeth Tagle**
Name of Petitioner                     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____
Signature of Attorney                  Date

**Law Offices of Bradley E. Brook**
Name of Attorney Firm (If any)

**523 West Sixth Street, Suite 215**
**Los Angeles, CA 90014**
Address
Telephone No.   **(213) 630-2882**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Joseph Fahs<br>C/O Alain V. Bonavida, Esq.<br>Law Offices of Alain V. Bonavida<br>499 N. Canon Dr., 4th Floor<br>Beverly Hills, CA 90210 | Judgment | 55,000,000.00 |
| Steven Chapnick<br>C/O Michael J. Partos, Esq.<br>Cozen O'Conner<br>777 S. Figueroa St., Ste. 2850<br>Los Angeles, CA 90017 | Judgment | 25,000,000.00 |
| Elizabeth Tagle<br>C/O John D. Guerrini, Esq.<br>The Guerrini Law Firm<br>750 East Green Street, Suite 200<br>Pasadena, CA 91101 | Judgment | 15,300,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**95,300,000.00**

__0__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Name of Debtor **Marciano, Georges**

B5 (Official Form 5) (12/07) - Page 2                                   Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

**Joseph Fahs**
Name of Petitioner                     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X_____
Signature of Attorney                                      Date

**Law Offices of Bradley E. Brook**
Name of Attorney Firm (If any)

**523 West Sixth Street, Suite 215**
**Los Angeles, CA 90014**
Address
Telephone No.    **(213) 630-2882**

X_____
Signature of Petitioner or Representative (State title)

**Steven Chapnick**
Name of Petitioner                     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X_____
Signature of Attorney                                      Date

**Law Offices of Bradley E. Brook**
Name of Attorney Firm (If any)

**523 West Sixth Street, Suite 215**
**Los Angeles, CA 90014**
Address
Telephone No.    **(213) 630-2882**

X_/s/ [signature]_____
Signature of Petitioner or Representative (State title)
                                           10/26/09
**Elizabeth Tagle**
Name of Petitioner                     Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X_/s/ [signature]_____  10-27-09
Signature of Attorney                                      Date

**Law Offices of Bradley E. Brook**
Name of Attorney Firm (If any)

**523 West Sixth Street, Suite 215**
**Los Angeles, CA 90014**
Address
Telephone No.    **(213) 630-2882**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Joseph Fahs**<br>C/O Alain V. Bonavida, Esq.<br>Law Offices of Alain V. Bonavida<br>499 N. Canon Dr., 4th Floor<br>Beverly Hills, CA 90210 | Judgment | 55,000,000.00 |
| **Steven Chapnick**<br>C/O Michael J. Partos, Esq.<br>Cozen O'Conner<br>777 S. Figueroa St., Ste. 2850<br>Los Angeles, CA 90017 | Judgment | 25,000,000.00 |
| **Elizabeth Tagle**<br>C/O John D. Guerrini, Esq.<br>The Guerrini Law Firm<br>750 East Green Street, Suite 200<br>Pasadena, CA 91101 | Judgment | 15,300,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**95,300,000.00** |

_____0_____ continuation sheets attached

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Bradley E. Brook, Esq. CA Bar No. 125323<br>LAW OFFICES OF BRADLEY E. BROOK<br>523 West Sixth Street, Suite 215<br>Los Angeles, California 90014<br>Telephone: (213) 630-2882<br>Fax: (213) 630-2886<br><br>RECEIVED<br>OCT 27 2009<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ Deputy Clerk<br><br>*Attorney for Petitioner* Chapter 11 Petitioning Creditors | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CASE NO.: |
| Debtor set forth here all names, including trade names, used by Debtor within last 6 years.<br><br>Georges Marciano,<br><br><br><br>Debtor. | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |

To the above-named debtor(s):

    Pursuant to 11 U.S.C. § 303, a petition was filed on _____ in this Bankruptcy Court, praying for the entry of an order for relief against you under chapter 11 of title 11 of the United States Code. A copy of the petition accompanies this summons.

    If you wish to oppose the entry of an order for relief, you must file with the Clerk of this court an answer to the petition or a motion pursuant to Federal Rule of Bankruptcy Procedure 1011(c) within 20 days after service of this summons and the attached petition. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under Federal Rule of Bankruptcy Procedure 1011(c), your time to answer the petition will be governed by that rule.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).**

    A Status Conference in the involuntary case commenced by the petition has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

To the petitioner(s):

    **IF YOU FAIL TO SERVE TIMELY THE SUMMONS AND PETITION AND/OR TO FILE PROOF OF SERVICE THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 1010-1.**

                                                                 Jon D. Ceretto, Clerk

Dated: _____        By: _____
                                                            *Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1010-1**