Bradley E. Brook, Esq. (State Bar No. 125323)
LAW OFFICES OF BRADLEY E. BROOK
523 West Sixth Street, Suite 215
Los Angeles, California 90014
Telephone: (213) 630-2882

Attorneys for Chapter 11 Petitioning Creditors

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re

GEORGES MARCIANO,

Alleged Debtor.

Case No. 09-39630-VK

Involuntary Chapter 11

**PETITIONING CREDITORS REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO GEORGES MARCIANO'S MOTION TO DISMISS INVOLUNTARY CHAPTER 11 PETITION OR, ALTERNATIVELY, TO QUASH SERVICE**

Date: December 17, 2009
Time: 1:30 p.m.
Place: Courtroom 1675
       Roybal Federal Building
       255 East Temple Street
       Los Angeles, CA 90012

Petitioning creditors Joseph Fahs, Elizabeth Tagle, and Steven Chapnick (collectively, "Petitioning Creditors") hereby request that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents:

1.  Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Automatic Stay which Georges Marciano filed on October 28, 2009 in the Los Angeles Superior Court case

No. BC375824, briefly entitled *Marciano vs. Fahs, et. al* (the "Superior Court Case"). It was obtained from the court's current website at the L.A. Superior Court's website: http://www.lasuperiorcourt.org/civilCaseSummary/index.asp?CaseType=Civil. The Court's attention is kindly directed to pages 11 and 12 which are the sworn statement that the document was mailed to Mr. Marciano at the address which Petitioning Creditors used to serve him.

2.  Attached hereto as Exhibit 2 are true and correct copies of four current postings, each for a different limited liability company, which identify Georges Marciano as the agent for service of process at his home address. They were obtained from the California Secretary of State's website, http://www.sos.ca.gov/, specifically, webpage: http://kepler.sos.ca.gov/.

3.  Attached hereto as Exhibit 3 are true and correct copies of two current postings on Georges Marciano's website, http://www.georgesmarciano.com/, specifically webpages http://www.georgesmarciano.com/meet.html and http://www.georgesmarciano.com/contact.html, respectively. The Court's attention is kindly directed to the contact address which is Marciano's home address that is listed on the bottom of the webpages on pages 22 and 24.

4.  Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Georges Marciano in Opposition to All Defendants' Motions for Monetary Sanctions which was filed on March 19, 2009 in the Superior Court Case and was obtained from the court's website at the same address identified in paragraph 1, above. The Court's attention is kindly directed to the caption page where Marciano reflects that he is "in pro per" and which reflects the same address Petitioning Creditors used to serve him.

5.  Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Georges Marciano in support of his Opposition to Cross-Complaint Joseph Fah's Motion For

1  Terminating Sanctions, et. al. which was filed on February 17, 2009 in the Superior Court Case

2  and was obtained from the court's website at the same address identified in paragraph 1, above.

3  The Court's attention is kindly directed to the caption page where Marciano reflects that he is "in

4  pro per" and which reflects the same address Petitioning Creditors used to serve him.

6        6.     Attached hereto as Exhibit 6 is a true and correct copy of the Court of Appeal

7  Mandatory Docketing Statement which was filed on November 3, 2009 in the Superior Court Case

8  and was obtained from the court's website at the same address identified in paragraph 1, above.

9  The Court's attention is kindly directed to pages 148 and 149 which are the sworn statement that

10  the document was mailed to Mr. Marciano at the address which Petitioning Creditors used to serve

11  him.

13        7.     Attached hereto as Exhibit 7 is a true and correct copy of the Request For Entry of

14  Amended Judgments in Light of October 2, 2009 Order which was filed on October 13, 2009 in

15  the Superior Court Case and was obtained from the court's website at the same address identified

16  in paragraph 1, above. The Court's attention is kindly directed to pages 157 and 158 which are

17  the sworn statement that the document was mailed to Mr. Marciano at the address which

18  Petitioning Creditors used to serve him.

21  Dated: December 3, 2009                               LAW OFFICES OF BRADLEY E. BROOK

By: *Bradley E. Brook* (signature)

Bradley E. Brook
Attorneys for Petitioning Creditors