Jeremy V. Richards (CA Bar No. 102300)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:    jrichards@pszjlaw.com

Attorneys for David Gottlieb,
Chapter 11 Trustee

FILED & ENTERED

MAY 20 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>GEORGES MARCIANO,<br><br>               Debtor. | Case No.: 1:11-bk-10426-VK<br><br>Chapter 11<br><br>**ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE MARCH 9, 2011 [DOCKET NO. 241]**<br><br>**Hearing**<br>Date:  April 29, 2011<br>Time:  3:00 p.m.<br>Place: Courtroom 301 |

      The Application to Employ Pachulski Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective March 9, 2011 (the "Application"), filed herein by David Gottlieb, Chapter 11 trustee (the "Trustee") for debtor Georges Marciano ("Marciano" or the Debtor") came on for hearing (the "Hearing") before the above-captioned Court on April 29, 2011 at 3:00 p.m. Appearances were as noted in the record.  Upon reviewing the Application, the Notice of Debtor's Preliminary Objection to Chapter 11 Trustee's Employment of Pachulski, Stang, Ziehl & Jones as Counsel, filed by the Debtor [Docket No. 235]; the Motion to Disqualify Pachulski Stang Ziehl & Jones LLP as Counsel for Chapter 11 Trustee David Gottlieb (the "Disqualification Motion") [Docket No. 244] filed by the Debtor; the Opposition to Trustee's Application to Employ Pachulski

1 Stang Ziehl & Jones LLP as General Bankruptcy Counsel Effective March 9, 2011 filed by the

2 Debtor [Docket No. 248]; the Opposition to the Disqualification Motion, filed by the Trustee and

3 Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm") (the "Disqualification Opposition")

4 [Docket No. 271]; the Request for Judicial Notice filed in support of the Disqualification Opposition

5 [Docket No. 272]; and the Debtor's Reply to the Disqualification Opposition [Docket No. 276], and

6 having considered the arguments of counsel at the hearing on the Application and having considered

7 and rejected the offer of additional proof made by the Debtor at the Hearing, and based upon all of

8 the findings and conclusions set forth on the record during the Hearing, and specifically, the

9 Findings of Fact and Conclusions of Law made current herewith in connection with the denial of the

10 Disqualification Motion, and good cause appearing therefor,

11    IT IS HEREBY ORDERED:

12    1.    The Application is approved.

13    2.    The Trustee is authorized to employ PSZJ as its general bankruptcy counsel effective

14 as of March 9, 2011, on the terms and conditions set forth in the Application.

15    3.    PSZJ is authorized to perform the services described in the Application, and

16 compensation for such services as well as reimbursement for out of pocket expenses shall be paid by

17 Marciano's estate as ordered by the Court.

18    4.    PSZJ shall keep time records and file fee applications under the provisions of the

19 Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the United States Trustee

20 Guides as is required for professionals.

# # # # # #

DATED: May 20, 2011

_____
United States Bankruptcy Judge

| In re:<br>**GEORGES MARCIANO** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 11-10426 VK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10100 Santa Monica Blvd., #1100, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as *ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE MARCH 9, 2011 [DOCKET NO. 241]* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *May 10, 2011*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On *May 10, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**By Overnight Mail**
Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *May 10, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 10, 2011 | Gini L. Downing | */s/ Gini L. Downing* |
|---|---|---|
| *Date* | *Type Name:* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*August 2010*    **F 9013-3.1.PROOF.SERVICE**

32270-001\DOCS_LA:237755.1    1

| In re:<br>**GEORGES MARCIANO** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 11-10426 VK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**



II.  **SERVED BY E-MAIL**

- Bradley E Brook    bbrook@bbrooklaw.com, jimmy@bbrooklaw.com;brookecfmail@gmail.com
- Peter A Davidson    pdavidson@ecjlaw.com
- David Keith Gottlieb (TR)    dkgtrustee@crowehorwath.com, dgottlieb@ecf.epiqsystems.com
- Dare Law    dare.law@usdoj.gov
- Daniel J McCarthy    dmccarthy@hillfarrer.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Anthony J Rothman    anthony@arothmanlaw.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Richard Seegman    rseegman@wolfgroupla.com, kmanning@wolfgroupla.com;ltarring@wolfgroupla.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov

III. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

*Via U.S. Mail:*

Alain Bonavida
433 N Camden Dr Sixth Fl
Beverly Hills, CA 90210

Georges Marciano
1000 N Crescent Drive
Beverly Hills, CA 90210

Michael E Reznick
Law Offices of Michael E Reznick
283 Ocho Rios Wy
Agoura, CA 91377-5540

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*        **F 9013-3.1.PROOF.SERVICE**

32270-001\DOCS_LA:237755.1        2

| In re:<br>**GEORGES MARCIANO** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 11-10426 VK |

**NOTE TO USERS OF THIS FORM**:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _ORDER APPROVING TRUSTEE'S APPLICATION TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS GENERAL BANKRUPTCY COUNSEL EFFECTIVE MARCH 9, 2011 [DOCKET NO. 241]_ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_May 10, 2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*         **F 9021-1.1.NOTICE.ENTERED.ORDER**

32270-001\DOCS_LA:237755.1

| In re:<br>**GEORGES MARCIANO** | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 11-10426 VK |

## ADDITIONAL SERVICE INFORMATION (if needed):

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

- Bradley E Brook     bbrook@bbrooklaw.com, jimmy@bbrooklaw.com;brookecfmail@gmail.com
- Peter A Davidson     pdavidson@ecjlaw.com
- David Keith Gottlieb (TR)     dkgtrustee@crowehorwath.com, dgottlieb@ecf.epiqsystems.com
- Dare Law     dare.law@usdoj.gov
- Daniel J McCarthy     dmccarthy@hillfarrer.com
- Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com
- S Margaux Ross     margaux.ross@usdoj.gov
- Anthony J Rothman     anthony@arothmanlaw.com
- Kenneth N Russak     krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Richard Seegman     rseegman@wolfgroupla.com, kmanning@wolfgroupla.com;ltarring@wolfgroupla.com
- Ramesh Singh     claims@recoverycorp.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov
- Hatty K Yip     hatty.yip@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

*Via U.S. Mail:*

~~Alain Bonavida~~
~~433 N Camden Dr Sixth Fl~~
~~Beverly Hills, CA 90210~~

Georges Marciano
1000 N Crescent Drive
Beverly Hills, CA 90210

Michael E Reznick
Law Offices of Michael E Reznick
283 Ocho Rios Wy
Agoura, CA 91377-5540

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010          **F 9021-1.1.NOTICE.ENTERED.ORDER**

32270-001\DOCS_LA:237755.1