Jeremy V. Richards (CA Bar No. 102300)
Ellen M. Bender (CA Bar No. 116987)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4100
Telephone:    310/277-6910
Facsimile:    310/201-0760
E-mail: *jrichards@pszjlaw.com*
     *ebender@pszjlaw.com*

Attorneys for David Gottlieb, Chapter 11 Trustee

FILED & ENTERED

FEB 01 2012

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO DIVISION**

| | |
|---|---|
| In re:<br><br>GEORGES MARCIANO,<br><br>                    Debtor. | Case No.: 1:11-bk-10426-VK<br><br>Chapter 11<br><br>**ORDER DETERMINING THAT THE ESTATE IS THE ULTIMATE BENEFICIAL OWNER OF CERTAIN IDENTIFIED REAL ESTATE**<br><br>Dated:    January 20, 2012<br>Time:    10:30 a.m.<br>Place:    Courtroom 301 |

The hearing on this Court's *Order to Show Cause Why Trustee is Not Entitled to a Determination that the Estate is the Ultimate Beneficial Owner of Certain Identified Real Estate* [Dkt. No. 709] (the "OSC") came on for hearing before the above-captioned Court on January 20, 2012 at 10:30 a.m., having been continued from the originally scheduled hearing of December 15, 2011.  Appearances were as noted in the record.  Upon reviewing all of the pleadings and evidence filed in connection with the OSC, including the response filed by Georges Marciano (the "Debtor" or "Marciano") and the Debtor's declaration (the "December 6 Marciano Declaration") filed in support thereof [Dkt. No. 769], the Trustee's reply to said response and the evidence filed in support thereof [Dkt. No. 791], and the untimely supplemental response of the Debtor and the declarations of the Debtor (the "December 14 Marciano Declaration") and  Daniel J. McCarthy filed in support of said supplemental response [Dkt. No. 793], together with the record of proceedings in this case,

1

including, without limitation, the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs filed November 23, 2011 [Dkt. No. 721] (collectively, the "November Schedules") and the Debtor's Amended and Restated Schedules of Assets and Liabilities and Amended and Restated Statement of Financial Affairs filed December 31, 2011 [Dkt. Nos. 842 and 843] (the "December Schedules"); upon considering the arguments and representations of counsel made on the record; after taking judicial notice of all of the pleadings, papers and other records of the proceedings in this Case; and, based upon the *Findings of Fact and Conclusions of Law in Support of Order Determining that the Estate is the Ultimate Beneficial Owner of Certain Identified Real Estate* made and entered concurrently herewith, and all capitalized terms not otherwise defined herein having the same meaning as set forth in the OSC:

IT IS HEREBY ORDERED PURSUANT TO PARAGRAPH 1 OF THE OSC THAT:

1. The residential real estate located at 1000 Crescent Drive, Beverly Hills, California; 631 Mountain Drive, Beverly Hills, California; 9521 Sunset Boulevard, Beverly Hills, and the investment real property located at 223 Lasky Drive, 9904-9912 Robbins Drive, and 9920-9922 Robbins Drive, in Beverly Hills, California (collectively, the "Subject Real Estate) is owned, respectively, by 1000 Crescent LLC, 631 Mountain, LLC, 9521 Sunset, LLC, and Lasky Properties, Inc.(collectively, the "Subject Entities").

2. 1000 Crescent LLC, 631 Mountain LLC, 9521 Sunset LLC and Lasky Properties, Inc. are, in turn, respectively owned by Pacific Bluewood, LLC; Atlantic Shamrock, LLC; Centered Dots, LLC; and Brownwood Creek, LLC (collectively, the "New LLCs").

3. The New LLCs are each owned solely by the (now revoked) Marciano Revocable Trust. Specifically, all of the membership interests in the New LLCs are property of the Estate.

4. The Trustee is, indirectly, the 100% beneficial owner of the Subject Entities and the Subject Real Estate and may exercise all of the rights of ownership, possession and control with respect to the Subject Real Estate, subject only to the requirements of the Bankruptcy Code and any further order of this Court.

2

DOCS_LA:249900.3 32270-001

5. The Trustee shall be entitled to the issuance of orders necessary and appropriate for him to exercise full and complete ownership, possession and control over the Subject Real Estate and orders restraining the Debtor, any and all of his agents, and any third party from interfering with the Trustee's exercise of ownership, possession and control over the Subject Real Estate.

# # #

DATED: February 1, 2012

_____
United States Bankruptcy Judge

3

DOCS_LA:249900.3 32270-001

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as ***ORDER DETERMINING THAT THE ESTATE IS THE ULTIMATE BENEFICIAL OWNER OF CERTAIN IDENTIFIED REAL ESTATE*** will be served or was served **(a)** on the **judge in chambers** in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 25, 2012** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **January 25, 2012**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge* will be *completed no later than 24 hours after the document is filed.*

**Via Federal Express**
Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA  91367

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 25, 2012**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge* will be *completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 25, 2012 | Gini L. Downing | /s/ Gini L. Downing |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:249900.3 32270-001

**Served via E-mail:**

- Brett A Axelrod    baxelrod@foxrothschild.com
- Ellen M Bender    ebender@pszjlaw.com, mdj@pszjlaw.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Bradley E Brook    bbrook@bbrooklaw.com, jimmy@bbrooklaw.com;brookecfmail@gmail.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Peter A Davidson    pdavidson@ecjlaw.com, lpekrul@ecjlaw.com
- Michael C Heinrichs    mheinrichs@omm.com
- James KT Hunter    jhunter@pszjlaw.com
- James KT Hunter    jhunter@pszjlaw.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Jonathan J Kim    jkim@pszjlaw.com, jkim@pszjlaw.com
- Zi Chao Lin    zilin78@yahoo.com
- Zi Chao Lin    zlin@garrett-tully.com
- Ben H Logan    blogan@omm.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com
- Robert Mockler    mocklerr@hbdlawyers.com
- Faye C Rasch    frasch@ecjlaw.com, lpekrul@ecjlaw.com
- Michael E Reznick    , reznagoura@aol.com
- Michael E Reznick    reznagoura@aol.com, reznagoura@aol.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Anthony J Rothman    anthony@arothmanlaw.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- John W Shenk    jshenk@ecjlaw.com
- Claire Shin    cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- bernard boucher@blakes.com
- George.caplan@dbr.com
- ecompean@garrett-tully.com
- bdebolt@horton-debolt.com
- dcw@wslitigation.com
- ibibbero@bgrfirm.com
- egeorge@bgrfirm.com
- David.gottlieb@crowehorwath.com
- Alisa.gottlieb@crowehorwath.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-**
**3.1.PROOF.SERVICE**

DOCS_LA:249900.3  32270-001

## **NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States Trustee and case Trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ***ORDER DETERMINING THAT THE ESTATE IS THE ULTIMATE BENEFICIAL OWNER OF CERTAIN IDENTIFIED REAL ESTATE*** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 25, 2012**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010 **F 9021-**
**1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:249900.3 32270-001

**ADDITIONAL SERVICE INFORMATION (if needed):**
**ADDITIONAL SERVICE INFORMATION (if needed):**

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING**:

- Brett A Axelrod    baxelrod@foxrothschild.com
- Ellen M Bender    ebender@pszjlaw.com, mdj@pszjlaw.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Bradley E Brook    bbrook@bbrooklaw.com, jimmy@bbrooklaw.com;brookecfmail@gmail.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Peter A Davidson    pdavidson@ecjlaw.com, lpekrul@ecjlaw.com
- David Keith Gottlieb (TR)    dkgtrustee@crowehorwath.com, dgottlieb@ecf.epiqsystems.com
- Michael C Heinrichs    mheinrichs@omm.com
- James KT Hunter    jhunter@pszjlaw.com
- James KT Hunter    jhunter@pszjlaw.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Jonathan J Kim    jkim@pszjlaw.com, jkim@pszjlaw.com
- Zi Chao Lin    zilin78@yahoo.com
- Zi Chao Lin    zlin@garrett-tully.com
- Ben H Logan    blogan@omm.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com
- Robert Mockler    mocklerr@hbdlawyers.com
- Faye C Rasch    frasch@ecjlaw.com, lpekrul@ecjlaw.com
- Michael E Reznick    , reznagoura@aol.com
- Michael E Reznick    reznagoura@aol.com, reznagoura@aol.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Anthony J Rothman    anthony@arothmanlaw.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;ltokubo@frandzel.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- John W Shenk    jshenk@ecjlaw.com
- Claire Shin    cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

*Via U.S. Mail:*

| | |
|---|---|
| Alain V Bonavida<br>433 N Camden Dr<br>6th Floor<br>Beverly Hills, CA 90210 | George T Caplan<br>Drinker Biddle & Reath LLP<br>1800 Century Pk E Ste 1400<br>Los Angeles, CA 90067 |

DOCS_LA:249900.3 32270-001

Blake, Cassels & Graydon LLP
600 de Maisonneuve Blvd. West
Suite 2200
Montreal, Quebec H3A 3J2 CANADA

Georges Marciano, individually, as trustee of
Georges Marciano Trust & manager/member
1000 N Crescent Drive
Beverly Hills, CA 90210

Georges Marciano, individually, as trustee of
Georges Marciano Trust & manager/member
c/o L'Hotel Montreal
262 Saint Jacques Rue
Montreal, QC H2Y 1N1
CANADA

Georges Marciano, individually, as trustee of
Georges Marciano Trust & manager/member
507 Place d'Armes #950
Montreal, QC H2Y 2W8
CANADA

Hugh M. Ray, Jr.
Basil A. Umari
Blake H. Bailey
McKool Smith
600 Travis Street, Suite 7000
Houston, TX 90017

Efren A Compean
Garrett & Tully
225 South Lake Ave Ste 1400
Pasadena, CA 91101

Barton E DeBolt
Horton & DeBolt LLP
23945 Calabasas Rd Ste 207
Calabasas, CA 91302

David C Wheeler
Wheeler & Sheehan
2629 Townsgate Rd Ste 140
Westlake Village, CA 91361

Roderick G. Dorman
McKool Smith Hennigan
865 S. Figueroa St. Ste 2900
Los Angeles, CA 90017

Eric M George
Ira Bibbero
Browne George Ross LLP
2121 Ave of the Stars Ste 2400
Los Angeles, CA 90067