1  Jeremy V. Richards (CA Bar No. 102300)
   James K.T. Hunter (CA Bar No. 73369)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   Email: *jrichards@pszjlaw.com*
5         *jhunter@pszjlaw.com*

6  Attorneys for David Gottlieb, Plan Administrator

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

11

12  | In re:                          | Case No.: 1:11-bk-10426-VK |

13  GEORGES MARCIANO, et al.          Chapter 11

14                         Debtors.   **NOTICE OF PLAN

15                                    ADMINISTRATOR'S CONDITIONAL
                                      RELEASE OF CLAIMS AND
                                      INTERESTS IN AND TO CERTAIN
16                                    ARTWORK AND FURTHER NOTICE
                                      OF OPPORTUNITY TO OBJECT AND
17                                    REQUEST A HEARING**

18                                    Date:    [No hearing requested]
                                      Time:
19                                    Place:

20

21

22  **TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS AND ALL**
23
    **OTHER PARTIES IN INTEREST:**
24
          PLEASE TAKE NOTICE that unless a timely objection and request for a hearing is filed by
25
    a creditor or other party in interest on or before the deadline set forth below, pursuant to the powers
26
    vested in him under the confirmed Fourth Amended Plan of Liquidation Proposed by Chapter 11
27
    Trustee for Debtor Georges Marciano and by Chapter 11 Corporate Debtors, As Modified [Dkt. No.
28

2413] (the "Plan"), the Plan Administrator, subject to satisfaction of the conditions set forth below, intends to release the Plan Administrator's liens, claims, rights and interests in and to certain artwork owned by Marciano, all as more fully described below.[1]

Specifically, there is presently located in the United States seventy-six pieces of artwork (collectively, the "Artwork"), which was consigned to Heritage Auctions for sale in November of last year but which failed to generate bids at least equal to the agreed-upon reserve price. The Artwork is identified in that certain schedule attached to this Notice as **Exhibit "A."** As more fully set forth therein, the aggregate release price for the Artwork was $1,214,300 and the aggregate bids received for the Artwork at the November, 2014 auction equaled $995,900.

Marciano has requested that the Plan Administrator release his liens, claims, rights and interests in and to the Artwork. The Plan Administrator has concluded that funds presently held by him are more than likely sufficient to satisfy all of Marciano's obligations under the Settlement Agreement and the Plan. In addition, even if those funds on hand are insufficient, the Plan Administrator continues to maintain a lien, claim, right and interest in and to one item of real estate in Montreal, Canada (with a net equity value of approximately $3 million) and other works of art owned by Marciano, all as set forth in the Plan Administrator's Third Status Report regarding the Plan [Dkt. No. 2855]. The Plan Administrator has consulted with the Oversight Committee which does not object to the release of the Artwork to Marciano, as set forth herein.

The Plan Administrator's agreement to release his liens, claims, rights and interests in and to the Artwork is conditioned upon the following: (a) no objection is timely filed pursuant to this Notice by a creditor or party in interest or, if such timely objection is filed, the Court approves such release; and (b) as a condition to any such release, Marciano pays, or provides adequate assurances for payment satisfactory to SST CPAs, Inc., ("SST") of the subordinated claim of SST in the allowed amount of $129,367.64 [*see* Dkt. No. 2831].

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 9013-1(o)(1), any response or objection to the proposed action of the Plan Administrator as set forth herein and a

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Plan.

1   request for hearing must be filed with the Court and served on the Plan Administrator, the United

2   States Trustee and any other creditors or parties in interest entitled to notice thereof within fourteen

3   (14) days after the date of service of this Notice.

4   Dated: February 13, 2015               PACHULSKI STANG ZIEHL & JONES LLP

5
                                           By:    /s/ Jeremy V. Richards
6                                                 Jeremy V. Richards
                                                  Attorneys for David Gottlieb, Plan Administrator
7

8
    Date of Service of Notice:  February 13, 2015.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              3

EXHIBIT "A"

# HERITAGE AUCTIONS
HA.com

## Client Winnings / Georges Marciano (15/2535)

| Auction # | Lot # | Location | Price Realized | Estimate Low | Estimate High | Condition Report | Description |
|---|---|---|---|---|---|---|---|
| 5172 | 72050 | RV-BB RACK1 | $4,800 | $6,400 | $9,600 | Colors are bright and vibrant. Only minor bumps to the extreme corners, if any. Not framed. Set of three, each of the same size. | **DANIEL BUREN (French, b. 1938)** *The Missing Square* (three works), 1989 Lithographs in colors 45-3/8 x 45-3/8 inches (115.3 x 115.3 cm) sight of each From the edition of 55 (variation A7) Stamped verso |
| 5172 | 72061 | RV- 5B | $32,000 | $40,000 | $60,000 | In apparently very good condition aside from faint pressure marks from hinges; faint handling creases; not examined out of frame. Framed Dimensions 37 X 33 Inches | **WILLEM DE KOONING (American, 1904-1997)** *Quatre Lithographies* (set of two), 1986 Lithographs in colors Each 28-1/8 x 24-3/4 inches (71.4 x 62.7 cm) Both Ed. 47/100 Both signed dated and numbered in pencil Published by Editions de la Difference, Paris |
| 5172 | 72064 | 5A | $5,600 | $7,000 | $10,000 | Sheet: 27 3/4 x 21 3/4. Pale light-staining, occasional soft rubbing and scuffing, a 2 inch crescent shaped crease at lower right, two smaller handling creases at lower center und upper left, a soft fold at the upper right edge, hinge remains at the reverse. | **ROBERT MOTHERWELL (American, 1915-1991)** *Untitled* (from *The Basque* suite), circa 1971 Screenprint in colors 22-3/4 x 17-5/8 inches (57.8 x 44.8 cm) sight Ed. unique variant Initialed and annotated in ink and numbered in pencil lower right *Property of a Distinguished Gentleman* |



# Client Winnings / Georges Marciano (15/2535)

HERITAGE AUCTIONS | HA.com



| 5172 | 72074 206B | $5,500 | $6,000 | $8,000 | Pale light and time staining, color slightly faded, soft creases on sheet edges, not examined out of frame. Framed Dimensions 27 X 38 Inches | **SAM FRANCIS (American, 1923-1994)** *The Upper Yellow*, 1960 Lithograph in colors 24-3/4 x 35-5/8 inches (63.0 x 90.4 cm) sheet Ed. 4/65 Signed and numbered in pencil on bottom edge Published by Kornfeld and Klipstein, Bern |
| 5172 | 72075 RV- 5A | $9,600 | $12,000 | $18,000 | Scattered foxing and pale discoloration. Framed Dimensions 28 X 31 Inches | **SAM FRANCIS (American, 1923-1994)** *Untitled*, 1977 Unique monotype with dry pigments, inks, and Windsor Newton oils on handmade paper 23-7/8 x 28-3/8 inches (60.7 x 72.0 cm) Artist's stamp verso Artist's estate stamp verso |
| 5172 | 72102 5B | $4,000 | $5,000 | $7,000 | Paper has slipped from the hinges on the top edge. Colors remain true. Not examined outside of frame. Framed under plexiglas. Framed Dimensions 32 X 25 Inches | **ROBERT RAUSCHENBERG (American, 1925-2008)** *Untitled* (from the *Thirteen Prints to Commemorate Anthology Film Archives* series), 1982 Screenprint in colors 28-7/8 x 21-1/2 inches (73.4 x 54.6 cm) Ed. AP 13/13 (aside from the edition of 75) Signed, dated and annotated in pencil on bottom edge *Property of a Distinguished Gentleman* |

# Client Winnings / Georges Marciano (15/2535)

HERITAGE HA.com
AUCTIONS





| 5172 | 72103 RV- VL#8 | $12,000 | $15,000 | $20,000 | **ROBERT RAUSCHENBERG (American, 1925-2008)** *Hot Shot*, 1983 Lithograph in colors with collage 81 x 42 inches (205.7 x 106.7 cm) sheet Ed. PP 3/4, aside from an edition of 29 Signed, numbered and dated in pencil lower middle Published by ULAE (with stamp lower left) *Property of a Distinguished Gentleman* | Light undulation at edges due to tabbing. Good condition. Framed Dimensions 84 X 45.25 Inches |
| 5172 | 72106 VL #6 | $8,000 | $10,000 | $15,000 | **ROBERT RAUSCHENBERG (American, 1925-2008)** *Bellini #4*, 1988 Intaglio printed in colors 55-3/4 x 37-3/8 inches (141.5 x 95.0 cm) sight Ed. 26/47 Signed, dated and numbered in pencil lower right Published by ULAE, West Islip, New York *Property of a Distinguished Gentleman* | Sheet: 60 x 38 3/8. In apparently very good condition, not problems to note, not examined out of frame. Framed Dimensions 64 X 42 Inches |

# Client Winnings / Georges Marciano (15/2535)

FINAL AUCTIONS — HA.com





5172   72111 5A   $8,000   $10,000   $15,000

**ROBERT RAUSCHENBERG (American, 1925-2008)**
*L.A. Uncovered #3,* 1998
Screenprint in colors
24-1/2 x 20-3/4 inches (62.2 x 52.7 cm) sheet
Ed. 5/57
Signed and numbered in pencil lower left
Published by Gemini G.E.L., Los Angeles

*Property of a Distinguished Gentleman*

In apparently very good condition asdie from paper lightly undulates, not examined out of frame. Framed Dimensions 33 X 29 Inches

---

5172   72112 5A   $4,000   $5,000   $7,000

**ROBERT RAUSCHENBERG (American, 1925-2008)**
*Quattro Mani IV,* 1998
Screenprint in colors
40 x 40 inches (101.6 x 101.6 cm) sheet
Ed. 5/40
Signed, dated and numbered in pencil lower left
Published by Gemini G.E.L., Los Angeles

Paper is hinged to backing on the top left and right hand corners verso. No apparent condition issues. Not examined outside of frame. Framed under plexiglas.

---

5172   72146 5B   $5,600   $7,000   $10,000

**ROBERT INDIANA (American, b. 1928)**
*Parrot* (from the *Decade portfolio*), 1971
Screenprint in colors
38-1/8 x 31-1/2 inches (96.8 x 80.0 cm) sheet
Ed. 55/200
Signed, dated and numbered in pencil on bottom edge
Published by Multiples, New York

*Property of a Distinguished Gentleman*

A crease in upper right corner; hinges loose at upper corners; paper resting on lower edges due to loose hinges, not examined out of frame. Framed Dimensions 40 X 33 Inches

# Client Winnings / Georges Marciano (1572555)










**JAMES ROSENQUIST (American, b. 1933)**
*Welcome to the Water Planet*, 1987
Aquatint
68 x 53-1/4 inches (172.7 x 135.3 cm) sight
Ed. 26/55
Signed, titled, dated and numbered in pencil on bottom edge
Published by Graphicstudio, University of South Florida

*Property of a Distinguished Gentleman*

5172  72159 Vault LL6  $3,200  $4,000  $6,000  Sheet size: 75 x 59 inches. Plastic space holder at top of frame interior has become loose, lightly resting on top of tabbed print. Not examined outside of frame. Good condition. Framed Dimensions 81.75 X 65.75 Inches

**CHRISTO (American, b. 1935)**
*Allied Chemical Tower, Packed, Project for Number 1, Times Square, New York (from the portfolio (Some) Not Realized Projects)*, 1971
Lithograph in colors
28 x 22 inches (71.1 x 55.9 cm) sight
From the edition of 100
Signed and numbered in pencil upper right

*Property of a Distinguished Gentleman*

5172  72164 RV- 5C  $6,400  $8,000  $12,000  Framed Dimensions 29.5 X 23.5 Inches

**FRANK STELLA (American, b. 1936)**
*Moultonville*, 1974
Lithograph and screenprint in colors
15-3/4 x 10-1/2 inches (40.0 x 26.7 cm) sight
Ed. 15/100
Signed, dated and numbered in pencil lower left

5172  72169 RV- 5C  $4,000  $5,000  $7,000  Sheet 22.5 x 17.25. Colors lightly faded, time and light-staining; discoloration along the extreme sheet edges; a few specks of foxing, not examined out of frame. Framed Dimensions 25 X 20 Inches

# Client Winnings / Georges Marciano (15/2535)

HERITAGE AUCTIONS HA.com







5172    72170 RV-5C    $4,000    $5,000    $7,000    Framed Dimensions 18 X 23 Inches

**FRANK STELLA (American, b. 1936)**
*Ossipee*, 1974
Lithograph and screenprint in colors
17-1/4 x 22-1/4 inches (43.8 x 56.5 cm) sheet
Ed. 36/100
Signed and numbered in pencil lower right
Published by Gemini G.E.L., Los Angeles

5172    72205 RV-BB RACK 1    $6,000    $8,000    $12,000

**CHARLES ARTHUR ARNOLDI (American, b. 1946)**
*Untitled*, 1987
Monotype on linen
62 x 52 inches (157.5 x 132.1 cm) sheet
Signed and dated verso

*Property of a Distinguished Gentleman*

5172    72230 RV-WH S5A    $18,000    $24,000    $32,000    Minute surface scratches. Triangular area of oxidation in upper right corner. Light general ware on wood base.

**ARNALDO POMODORO (Italian, b. 1926)**
*Immagine Trasversale*, 1974
Steel and bronze with silver patina mounted on wood
39-1/2 x 27-3/4 x 2-1/2 inches (100.3 x 70.5 x 6.4 cm)
Ed. 5/12
Signed and numbered on the edge

*Property of a Distinguished Gentleman*

# Client Winnings / Georges Marciano (15/2535)

HERITAGE AUCTIONS
HA.com





SEVEN WINDS SEVEN TWIGS PATHS

---

5172 | 72241 RV-5C | $1,800 | $2,400 | $4,000

**HAMISH FULTON (British, b. 1946)**
*Seven Winds* (from a suite of fourteen works), 1985
Color lithograph
42-1/8 x 32-5/8 inches (106.9 x 82.8 cm) sight
Ed. 32/35

Paper is slightly undulating. Small crease above second "E" in seven. Not examined outside of frame. Framed under glass. Framed Dimensions 44 X 34.5 Inches

*Property of a Distinguished Gentleman*

---

5172 | 72242 Shelf 6B | $30,000 | $40,000 | $56,000

**ARMAN (French/American, 1928-2005)**
*Untitled*, 1964
Found object and oil attached to steel mounted on board
22-3/8 x 30-3/4 x 4-1/2 inches (56.9 x 78.0 x 11.4 cm)
Incised, dated and dedicated lower right

*Property of a Distinguished Gentleman*

---

5172 | 72243 Shelf 6B | $4,800 | $6,000 | $8,000

**ARMAN (French/American, 1928-2005)**
*Venus*, 1992
Bronze
14-3/4 x 8 x 13 inches (37.5 x 20.3 x 33.0 cm)
Ed. 9/25
Incised and numbered
Published by Boquel

*Property of a Distinguished Gentleman*

# Client Winnings / Georges Marciano (15/2535)



| | | | | |
|---|---|---|---|---|
| 5172 | 72244 RV- 5A | $12,000 | $15,000 | $25,000 Framed Dimensions 41 X 28 Inches |

**ARMAN (French/American, 1928-2005)**
*Rich Brawl*, 1975
Casein on paper
40 x 27 inches (101.6 × 68.6 cm)
sight
Signed lower right: *Arman*

*Property of a Distinguished Gentleman*

| | | | | |
|---|---|---|---|---|
| 5172 | 72245 RV- 5B | $9,000 | $12,000 | $20,000 Colors appear bright. Paper is slightly undulating. Otherwise no apparent issues. Not examined outside of frame. Framed under plexiglas. Framed Dimensions 30 X 44 Inches |

**ARMAN (French/American, 1928-2005)**
*Rich Brawl*, 1975
Casein on paper
29 x 43 inches (73.7 x 109.2 cm)
sight
Signed lower right: *Arman*

*Property of a Distinguished Gentleman*

| | | | | |
|---|---|---|---|---|
| 5172 | 72246 RV-BB RACK 1 | $18,000 | $24,000 | $32,000 Framed Dimensions 54.375 X 40.5 Inches |

**ARMAN (French/American, 1928-2005)**
*Untitled*, 1990
Accumulation of acrylic paint with tubes on canvas
51-1/4 x 37-3/8 inches (130.2 x 94.9 cm)

*Property of a Distinguished Gentleman*

# Client Winnings / Georges Marciano (1572555)





| | | | | | |
|---|---|---|---|---|---|
| 5172 | 72249 RV-Vault | $32,000 | $40,000 | $60,000 | **ARMAN (French/American, 1928-2005)**<br>*Machine Guns, 1973*<br>Accumulation of welded electric drills<br>26 x 22 x 26-1/2 inches (66.0 x 55.9 x 67.3 cm)<br><br>*Property of a Distinguished Gentleman*<br><br>PROVENANCE:<br>Sotheby's, New York, April 2, 2008, lot 330 |
| 5172 | 72255 RV- 5C | $24,000 | $32,000 | $48,000 | Framed Dimensions 41 X 51 Inches  **JIM DINE (American, b. 1935)**<br>*Red Still Life #15*, circa 1958<br>Mixed media collage on canvas<br>40-1/4 x 50-1/4 inches (102.1 x 127.5 cm)<br>Signed, titled, and inscribed verso<br><br>*Property of a Distinguished* |
| 5172 | 72256 RV-BB RACK 1 | $24,000 | $30,000 | $50,000 | Framed Dimensions 67 X 42 Inches  **JIM DINE (American, b. 1935)**<br>*Shears*, 1975<br>Pastel and metal screws with scratching out on paper<br>60 x 38 inches (152.4 x 96.5 cm)<br>Signed and dated upper center: *Jim Dine 1975*<br><br>*Property of a Distinguished Gentleman* |

# Client Winnings / Georges Marciano (15/2535)

HERITAGE AUCTIONS
HA.com



| 5172 | 72260 RV- 5A | $4,800 | $6,000 | $8,000 | No apparent condition issues. Not examined outside of frame. Framed under plexiglas. Framed Dimensions 34 X 46 Inches | **RICHARD SERRA (American, b. 1939)** *183rd & Webster Avenue*, 1972 Lithograph in colors 31-7/8 x 43-1/4 inches (81.0 x 110.0 cm) sight Ed. 39/62 Signed and numbered in pencil lower right Published by Gemini G.E.L., Los Angeles |
| 5172 | 72263 RV- WH LL# 6 | $6,400 | $8,000 | $12,000 | Framed Dimensions 45 X 45 Inches | **DONALD SULTAN (American, b. 1951)** *Smokers* (two works), 1980 Aquatints with drypoint and mezzotint 41-1/4 x 40-7/8 inches (104.6 x 103.9 cm) sheets Ed. AP 6/10 (aside from the edition of 10) Both initialed, titled, dated and annotated in pencil on bottom edge Published by Parasol Press, Portland |
| 5172 | 72301 Vault LL3 | $7,200 | $9,600 | $14,400 | Framed Dimensions 65 X 98 Inches | **LOWELL NESBITT (American, 1933-1993)** *Two Spotted Lilies*, 1978 Oil on canvas 62 x 95 inches (157.5 x 241.3 cm) Signed, titled and dated verso |
| 5172 | 72302 RV- Slocum 2 | $36,000 | $48,000 | $64,000 | Framed Dimensions 58 X 134.5 Inches | **JANET I. FISH (American, b. 1938)** *Up in Smoke*, 1997 Oil on canvas 55 x 131-1/4 inches (139.7 x 333.4 cm) Signed and dated lower right: *J. Fish / 97* DC Moore Gallery, New York (label verso) |

# Client Winnings / Georges Marciano (15/2555)



| | Lot | Description | | | |
|---|---|---|---|---|---|
| 5172 | 72303 VL 2 | **JANET I. FISH (American, b. 1938)** / *Crystal Ball*, 1993 / Oil on canvas / 52-1/2 x 60 inches (133.4 x 152.4 cm) / Signed and dated lower right: *Janet Fish / 93* / Signed and dated verso / *Property of a Distinguished Gentleman* | $24,000 | $32,000 | $48,000 Framed Dimensions 54 X 61 Inches |
| 5172 | 72321 RV-Vault Crate | **HONG HAO (Chinese, b. 1965)** / *Untitled*, 2005 / Lithograph in colors / 69 x 120 inches (175.3 x 304.8 cm) sheet / Ed. 4/6 / Signed, dated and numbered in ink lower right | $4,000 | $5,000 | $7,000 Scattered handling creases throughout. Slightly creased extreme edges amd scattered light tears. Image appears to be in good condition. Not framed. |
| 5172 | 72324 RV-BB RACK 1 | **MALCOLM MORLEY (British, b. 1931)** / *Erotic Fruitos*, 1993 / Intaglio in colors / 47-3/4 x 35-1/2 inches (121.3 x 90.2 cm) sheet / Ed. 23/49 / Signed, dated and numbered in pencil on bottom edge / *Property of a Distinguished Gentleman* | $600 | $800 | $1,200 Framed Dimensions 50 X 38 Inches |
| 5172 | 72326 RV- 5C | **ELIZABETH MAGILL (Irish, b. 1959)** / *Overhang* (from the *Parlous Land* series), 2006 / Lithograph in colors / 23 x 32-3/4 inches (58.4 x 83.2 cm) sheet / Ed. 30/45 / Signed in pencil lower right | $600 | $800 | $1,200 Framed Dimensions 25.25 X 34.875 Inches |

HA.com

FINE ART
A U C T I O N S

# Client Winnings / Georges Marciano (15/2555)





| 5172 | 72342 RV- 5B | | $1,600 | $2,000 | $3,000 | **JENNIFER BARTLETT; ROSS BLECKNER; APRIL GORNIK and CINDY SHERMAN;** *Untitled* (from the *Art Pro Choice II* portfolio, group of four), 1992 Various media 20 x 16-1/4 inches (50.8 x 41.3 cm) largest sheet Published to benefit of NARAL (National Abortion Rights League | Four works, The full sheets, some with soft handling creases otherwise in very good condition, not framed. |
|---|---|---|---|---|---|---|---|
| 5172 | 72356 RV- 5B | | $1,500 | $2,000 | $3,000 | **MORT KÜNSTLER (American, b. 1931)** *Breaking Out, Stag or Male magazine story illustration*, circa 1970 Gouache on board 17 x 24-1/2 inches (43.2 x 62.2 cm) Signed lower left, and right (as Emmett Kaye) | The illustration board has an overall size of 20 x 28. Aside from paper surface pulls in the lower boarder (outside the image area), the art is in excellent condition. |
| 5172 | 72368 RV- 5B | | $800 | $1,000 | $1,500 | **BILL WARD (American, 1919-1998)** *Comedy, men's magazine cartoon illustration*, September 1955 Charcoal pencil on paper 22 x 16 inches (55.9 x 40.6 cm) sheet Signed in pencil lower center  *Property of a Distinguished Gentleman* | This cartoon was taped to a larger piece of support paper around its edges, otherwise in very good condition |
| 5172 | 72371 RV- 803C | | $600 | $800 | $1,200 | **RUDY NAPPI (American, b. 1923)** *Renaissance Man Desire* Oil on board 22 x 14 inches (55.9 x 35.6 cm) Signed lower center: *Rudy Nappi*  *Property of a Distinguished Gentleman* | Not framed. Overall size: 22 x 15.5 inches. The art is in very good condition. |

# Client Winnings / Georges Marciano (15/2555)

HERITAGE AUCTIONS HA.com



5185    72068 B-302A    $2,400    $3,000    $5,000

**FREDERICK SANDS BRUNNER** (American, 1886-1954)
*On Top of the World*, circa 1950
Oil on canvas with appliqué
34 x 24 in. (sight)
Signed lower left

Very minor surface dirt; craquelure throughout; extreme edges are slightly abraded; otherwise no apparent condition issues. Framed to an overall size of 39.5 x 30 inches.

5185    72073 B-302B    $4,800    $6,000    $8,000

**AL BUELL** (American, 1910-1996)
*Weekend Chores*
Oil on board
20 x 16 in.
Signed lower right

PROVENANCE:
Louis K. Meisel Gallery, New York.

UV examination reveals one minor pin-point area of inpaint on the back figure's left and right upper thighs. Two minor areas to the left of figure's uupper left thigh. Otherwise no apparent condition issues. Framed to an overall size of 23 x 19 inches.

5185    72074 B-302A    $4,800    $6,000    $8,000

**AL BUELL** (American, 1910-1996)
*Everything Pink*
Oil on board
20 x 16 in.
Signed lower right

PROVENANCE:
Louis K. Meisel Gallery, New York.

UV examination reveals scattered minor points of inpaint also visible under raking light. Otherwise no apparent condition issues. Framed to an overall size of 23 x 19 inches.

# Client Winnings / Georges Marciano (15/2535)

## HERITAGE AUCTIONS HA.com



| 5185 | 72106 RV-200A | $4,800 | $6,000 | $8,000 | Scattered areas of moderate surface dirt throughout background-most notable on the lower left edge. Linear area of surface dirt on figure's upper left thigh. Light minor areas of surface dirt/accretions on figure's forehead and in her hair. UV examination reveals no further condition issues or restoration. Not examined | **PETER DRIBEN** (American, 1902-1968)<br>*Puppy Love*, circa 1949-51<br>Oil on board<br>34 x 26.5 in.<br>Not signed<br><br>PROVENANCE:<br>Louis K. Meisel Gallery, New York. |

| 5185 | 72108 RV-200A | $4,800 | $6,000 | $8,000 | Scattered dots of surface residue in negative space; multiple pinholes along the extreme edges; slightly bumped corners; under UV exam, there appear to be multiple spots of inpainting on the pin-up's face, along both sides of her right arm and in both of her thighs and right shoe, as well as multiple spots on cow's face and neck, and an approx. 6 x 6 inches area of negative space in upper right corner appears to fluoresce; not framed. | **PETER DRIBEN** (American, 1902-1968)<br>*Moo-Up in a Tree, Eyeful magazine cover*, June 1952<br>Oil on board<br>34.25 x 26.5 in.<br>Signed lower center<br><br>This painting was reproduced as fig. 276 in *The Great American Pin-Up* by Charles G. Martignette and Louis K. Meisel, Taschen, 1996. |

| 5185 | 72202 B-302A | $4,800 | $6,000 | $8,000 | Light soiling/possible water damage on the lower right corner. Scattered pin-point areas of faint foxing on the bottom edge and scattered minor areas throughout. Otherwise no apparent condition issues. Not examined outside of frame. | **WILLIAM MEDCALF** (American, 20th Century)<br>*Christmas Pin-Up*<br>Oil on board<br>20.5 x 31 in.<br>Signed center right<br><br>PROVENANCE:<br>Louis K. Meisel Gallery, New York. |

# Client Winnings / Georges Marciano (15/2555)

HERITAGE AUCTIONS — HA.com






| Client | Lot | Artist / Description | Notes & Condition | Prices |
|---|---|---|---|---|
| 5185 | 72220 B-302B | **ZOE MOZERT** (American, 1904-1993) *The Dancer* Pastel on board 32.5 x 24 in. Signed center right | This painting was reproduced as fig. 467 in *The Great American Pin-Up* by Charles G. Martignette and Louis K. Meisel, Taschen, 1996. Framed under plexiglas. Framed to an overall size of 27.75 x 38.125 inches. Extreme corners have minor loss- no damage to pigment. Faint verical linear scratch extending from the top edge to the bottom edge on the right side of figure. Minor smudges to pigment on the bottom left and right quadrants. Small accretion on figure's upper left thigh. Otherwise no | $3,200 / $4,000 / $6,000 |
| 5185 | 72246 B-706B | **WALT OTTO** (American, 1895-1963) *The Lady is Waiting, calendar illustration* Oil on canvas 24 x 20 in. Signed lower right | This painting was reproduced as fig. 538 in *The Great American Pin-Up* by Charles G. Martignette and Canvas is very slightly undulating on the top edge. Otherwise no apparent condition issues. Not examined under UV. Framed to an overall size of 31 x 26.75 inches. | $2,400 / $3,000 / $5,000 |
| 5185 | 72336 RV-200A | **FRITZ WILLIS** (American, 1907-1979) *She Sells Seashells* Oil on board 22 x 18 in. Initialed lower left PROVENANCE: Louis K. Meisel Gallery, New York. | UV examination reveals an uneven varnish layer. Otherwise no aparent condition issues. Not examined outside of frame. Framed under plexiglas to an overall size of 23.75 x 19.75 inches. | $4,800 / $6,000 / $8,000 |

# Client Winnings / Georges Marciano (15/2535)

HERITAGE
AUCTIONS
HA.com




| | | | | |
|---|---|---|---|---|
| 5197 | 70011 RV-sig Box612A | $9,600 | $12,000 | $18,000 |

**MARC CHAGALL
(French/Russian, 1887-1985)**
*The Acrobats*, 1984
Lithograph in colors on Arches wove paper
32-7/8 x 25-5/8 inches (83.5 x 65.1 cm)
Ed. 11/50
Signed and numbered in pencil in bottom margin

One minor handling crease along bottom of extreme right edge; otherwise the artwork appears to be in good condition; not examined outside of frame.
Framed Dimensions 38.25 X 31.5 Inches

| | | | | |
|---|---|---|---|---|
| 5197 | 70034 AR Area 7 | $25,000 | $25,000 | $35,000 |

**CÉSAR (French, 1921-1998)**
*Brigitte - Nadine*, 1958-64
Bronze, cast in 1980
25-5/8 x 9-3/8 x 9-3/8 inches (65.0 x 23.9 x 23.9 cm)
Ed. 7/8 (total edition includes 2 artist's proofs and 2 hors commerce)
Incised with artist's signature, edition and foundry mark on base: *César / Bocquel Fondeur 7/8*

*Property of a Distinguished Gentleman*

PROVENANCE:
Sale: Binoche & Godeau, Paris, April 6, 1989, lot 17
Private collection (acquired from the above)
Sotheby's, Paris, December 8, 2010, lot 172

There does not appear to be any condition issues.

# Client Winnings / Georges Marciano (157255)

HERITAGE AUCTIONS
HA.com










**5197    70035 AR Area 7**

$60,000    $60,000    $80,000    There does not appear to be any condition issues.

**CÉSAR (French, 1921-1998)**
*Pied de vestiaire*, 1960
Bronze, cast circa 1963-66
54-3/4 x 31-1/2 x 19-1/4 inches
(138.9 x 80.0 x 49.0 cm)
Ed. 4/6
Incised with artist's signature, edition and foundry mark: *César / 4/6 / A. Valsuani Cir Perdue*

**5197    70039 AR Case**

$4,800    $6,000    $8,000

**ARMAN (French/American, 1928-2005)**
*Fiddler's Menorah*, 1992
Bronze with brown patina
18 x 19 x 6-1/2 inches (45.7 x 48.3 x 16.5 cm)
Ed. 14/50
Incised: *Arman / pour les amis du musee de Jérusalem*
Published by Bocquel

**5197    70040 RV-sig vault**

$24,000    $30,000    $50,000

**ARMAN (French/American, 1928-2005)**
*Untitled (Violin)*, 1990
Bronze and wood
22 x 27 inches (55.9 x 68.6 cm)
Ed. 2/5
Incised and numbered

**5197    70065 Rack 12**

$20,000    $25,000    $35,000    There appears to be a minor area of possible surface dirt near bottom edge, approximately 24 inches from the right edge; a few very faint, soft handling creases throughout; otherwise,

**SAM FRANCIS (American, 1923-1994)**
*Untitled (SFM86 -213)*, 1986
Unique Monotype - with woodcut, dry pigments, ink, and oils on handmade paper
42 x 80 inches (106.7 x 203.2 cm)
Property of a Distinguished

# Client Winnings / Georges Marciano (15/2535)

FINE ART AUCTIONS HA.com



| 5197 | 70066 | AR Podium | $32,000 | $40,000 | $60,000 | Framed Dimensions 82 X 25.5 Inches | no apparent condition issues. Framed Dimensions 48 X 85 Inches | Gentleman |

**SAM FRANCIS (American, 1923-1994)**
*Untitled (SF87-270)*, 1987
Paint on styrene foam surfboard blank and fiberglass with polyester resin
76 x 19-3/4 x 6 inches (193.0 x 50.2 x 15.2 cm)
Signed and inscribed by Stefan Kirkeby near tail with creation date of board, fabrication number, dimensions, and second signature: *Stefan 10-86 #5 6'4'' Stefan*

Property of a Distinguished Gentleman

PROVENANCE:
Private collection of Stefan Kirkeby, California (acquired directly from the artist)

# Client Winnings / Georges Marciano (15/2535)




**5197 70074 RV-Vault** — $3,000 — $3,000 — $5,000

Aside from minor surface residue along extreme edges and light edge wear, the artwork appears to be in good condition; not examined outside of frame.

**ROBERT RAUSCHENBERG (American, 1925-2008)**
*Studies for Chinese Summerhall III,* 1984
Color photograph
87-7/8 x 30 inches (223.2 x 76.2 cm)
Ed. 5/25
Signed, dated and numbered in pencil in bottom margin
Co-published by Gemini G.E.L., Los Angeles & Graphicstudio, Tampa, Florida

**5197 70081 13B** — $2,500 — $2,500 — $3,500 Framed Dimensions 40 X 33 Inches

**ROBERT RAUSCHENBERG (American, 1925-2008)**
*L.A. Uncovered #6,* 1998
Screenprint in colors
32-1/4 x 24 inches (82.0 x 61.0 cm)
Ed. 5/50
Signed in pencil with publisher's blindstamp
Published by Gemini G.E.L., Los Angeles
*Property of a Distinguished Gentleman*

**5197 70084 11B** — $6,400 — $8,000 — $12,000 Framed Dimensions 39 X 32 Inches

**ROBERT INDIANA (American, b. 1928)**
*The American Dream* (from the *Decade* series), 1971
Silkscreen in colors
36-1/8 x 30-1/8 inches (91.7 x 76.5 cm)
Ed. 149/200
Signed, dated and numbered in pencil
Published by Multiples, Inc., New York

# Client Winnings / Georges Marciano (15/2535)

FINE ART AUCTIONS
HA.com







5197   70106 Rack 12   $9,600   $12,000   $18,000

**JAMES ROSENQUIST (American, b. 1933)**
*Off the Continental Divide*, 1973-74
Lithograph in colors
42 x 79 inches (106.7 x 200.7 cm)
Ed. Trial Proof 1/4 (aside from the edition of 43)
Signed, dated and annotated in pencil
Published by Universal Limited Art Editions, New York

There appears to be light foxing throughout, most visible along upper margin and within upper right corner; light handling creases along bottom right edge. Not examined outside of frame. Framed Dimensions 46 X 81 Inches

5197   70110 Rack 12   $3,000   $3,000   $5,000

**JAMES ROSENQUIST (American, b. 1933)**
*When a Leak*, 1980
Lithograph in colors
39-1/2 x 50-1/2 inches (100.3 x 128.3 cm)
AP. 8/11 (aside from the edition of 28)
Signed, titled, dated, and inscribed in pencil
Published by Gemini G.E.L., Los Angeles

Sheet: 43 x 53 3/4. Framed Dimensions 50 X 60 Inches

5197   70117 AR Area 9   $150,000   $150,000   $200,000

**JIM DINE (American, b. 1935)**
*Venus at Sunset*, 1983
Carved and painted composite acrylic sculpture in five parts
62 x 20 x 18 inches (157.5 x 50.8 x 45.7 cm) tallest

*Property of a Distinguished Gentleman*

No apparent condition issues.

# Client Winnings / Georges Marciano (15/2555)









| 5197 | 70119 RV-sig Box 704B | $14,500 | No lot. | There are two handling creases visible: one horizontal crease across the center of the paper, as well as one vertical crease down the center; otherwise the artwork is in good condition. Not examined outside of frame. |
|---|---|---|---|---|
| 5197 | 70128 13A | $56,000 | $70,000 | **ROY LICHTENSTEIN (American, 1923-1997)** *Haystack #1 - #5 and #7* (from the *Haystack series*), 1969 Five lithographs with screenprint in colors on BFK Rives paper; one relief print in black on Special Arjomari paper 15-5/8 x 23-5/8 inches (39.7 x 60.0 cm) each, approx. Ed. 64/100 All signed, dated and numbered in pencil with publisher's blindstamp Published by Gemini G.E.L., Los Angeles Corlett, 65-69 & 74 Light edge wear to each work; mild to moderate undulation; very tiny spots of light foxing; a few soft handling creases, the most visible one being in the black and white lithograph in which there is a diagonal crease near the center top margin; otherwise all works are in good condition; not examined outside of their frames. Framed Dimensions 20 X 31 Inches — $90,000 |
| 5197 | 70170 RV-sig Box 704B | $2,000 | $2,000 | **CHRISTO (Bulgarian/American, b. 1935)** *Wrapped Venus (Project for Villa Borghese, Rome)*, 1975 Etching and color lithograph with collage of transfer paper on Handmade Twinrocker paper 23-5/8 x 17-3/4 inches (60.0 x 45.1 cm) Ed. 6/50 Signed and numbered in pencil lower left Published by Landfall Press, Chicago No apparent condition issues; not examined outside of frame. Sheet size: 28 3/8 x 22 1/4 inches. Framed Dimensions 30.25 X 24.25 Inches — $3,000 |

Client Winnings / Georges Marciano (15/2535)

HA.com
HERITAGE
AUCTIONS



| 5197 | 70171 RACK 11 | $3,200 $4,000 | $6,000 | **CHRISTO (Bulgarian/American, b. 1935)** *Wrapped Walkways: Project for St. Stephens Green Park*, 1983 Lithograph in colors with collage 28 x 44 inches (71.1 x 111.8 cm) Ed. IV/XXV Signed, dated and numbered in pencil Published by Edition Schellmann & Klüser, Munich and New York | Sheet: 28 x 44. Framed Dimensions 33 x 49 Inches |
| 5197 | 70174 RACK 7 | $2,000 | $2,000 | $3,000 | **JAVACHEFF CHRISTO (American/Bulgarian, b. 1935)** *Allied Chemical Tower Packed, Project for Times Square, New York*, 1971 Lithograph in colors 28 x 22 inches (71.1 x 55.9 cm) Signed in pencil and titled in ink along the bottom edge Published by Landfall Press, Chicago | No visible condition issues; floated and framed under glass to an overall size of 29 1/2 x 23 3/8 inches. |
| 5197 | 70180 11C | $4,000 | $5,000 | $7,000 | **FRANK STELLA (American, b. 1936)** *River of Ponds II* (from *Newfoundland Series: Working Proof*), 1971 Lithograph in colors with unique ink hand-additions 31-3/4 x 31-3/4 inches (80.6 x 80.6 cm) Proof aside from the edition of 78 (total edition includes 10 artist's proofs) Signed, titled, dated '70' and inscribed 'ink over litho reject' in pencil in bottom margin Published by Gemini G.E.L., Los Angeles | Sheet: 34 1/4 x 34 1/4. A proof apart of the edition of 78 plus 10 artist's proof. With margins at left, upper and lower, trimmed to image at right (a false margin attached with tape on reverse, moisture staining along the lower edge (larger and slightly into the image at lower right corner), pale mat and time staining, minor surface soiling and offsetting on the reverse, otherwise generally in good condition, framed. Framed Dimensions 37.5 X 37.5 Inches |

# Client Winnings / Georges Marciano (15/2535)



| | | | |
|---|---|---|---|
| 5197 | 70183 Rack 20 | $5,000 | $5,000 | $7,000 | There appears to be very minor edge wear; otherwise artwork is in good condition; not examined outside of frame. Framed Dimensions 50.25 X 44.75 Inches |

**FRANK STELLA (American, b. 1936)**
*Shards I*, 1982
Offset lithograph and screenprint in colors
45 x 40 inches (114.3 x 101.6 cm)
Ed. 83/100
Signed, dated and numbered in pencil lower right
Published by Petersburg Press, New York

5197   70210 Rack 6r   $6,000   $6,000   $9,000   No apparent condition issues; not examined outside of frame. Framed Dimensions 31.5 X 24.25 Inches

**DAVID HOCKNEY (British, b. 1937)**
*Hat on a Chair* (from *The Geldzahler Portfolio*), 1998
Lithograph
23-5/8 x 15-5/8 inches (60.0 x 39.7 cm) (sight)
Ed. 46/100
Signed and dated in pencil lower right

5197   70256 RV-sig rack 10   $3,000   $3,000   $5,000   Framed Dimensions 45.25 X 45.25 Inches

**DONALD SULTAN (American, b. 1951)**
*Smokers*, 1980
Aquatint with drypoint and mezzotint
41-1/2 x 41-1/2 inches (105.4 x 105.4 cm)
Ed. A.P. 6/10 (aside from the edition of 10)
Initialed, dated and numbered in pencil lower right

# Client Winnings / Georges Marciano (15/2535)



**Sandwich**
Sandwich
**200mg**
270 Capsules

Hirst

**DAMIEN HIRST (British, b. 1965)**
*The Last Supper* (complete set of 13), 1999
Screenprints in colors
Each 60-1/4 x 40 inches (153.0 x 101.6 cm)
Ed. 150
All signed in pencil
Published by Charles Booth-Clibborn/The Paragon Press, London
Printed by Coriander Studio, London

5197  70265 RV- vl3/rack 16   $48,000   $60,000   $80,000

**TOM LEO BLACKWELL (American, b. 1938)**
*Red Light*, 1975
Acrylic on canvas
42 x 62 inches (106.7 x 157.5 cm)
Signed, titled and dated on the reverse

*Property of a Distinguished Gentleman*

5197  70292 RV- sig vl#10   $24,000   $30,000   $40,000   Unlined canvas; there appear to be a few linear surface scratches, one most visible at the middle to lower left edge, measuring approx. 5 inches vertically; other minor abrasions are visible near upper center edge; otherwise, artwork is in good condition.  Framed Dimensions 44 X 64 Inches

**G. (GERALD HARVEY JONES) HARVEY (American, b. 1933)**
*In Full Moon Light*, 1970
Oil on canvas
24 x 40 inches (61.0 x 101.6 cm)
Signed and dated lower right: *G. Harvey - / Austin / 1970*
Signed and titled verso: *In the / Full Moonlight / by G. Harvey*

5198  68272 310 NJ   $40,000   $40,000   $60,000   Unlined canvas; no visible condition issues; there doesn't not appear to be inpainting under UV exam. Framed Dimensions 32.75 X 48.75 Inches

0

# Client Winnings / Georges Marciano (15/2535)

**HERITAGE**
A U C T I O N S
HA.com



**ARMAN (French/American, 1928-2005)**
*Untitled*, 2002
Acrylic and paint tubes on canvas
laid down on board
32 x 24 inches (81.3 x 61.0 cm)
Signed on overlap verso

*Property of a Distinguished
Gentleman*

20,000 KMG ~ Kathleen
Guzman

12,000

0

0

0

5172    72247 RV-Purc. Rack 2

# Client Winnings / Georges Marciano (157235)



**SAM FRANCIS (American, 1923-1994)**
*The White Line*, 1960
Lithograph in colors on buff BFK
Rives paper
35-5/8 x 24-5/8 inches (90.5 x 62.5 cm)
Proof aside from the numbered edition of 75
Signed and inscribed 'épreuve d'artiste' in pencil in bottom margin
Published by Kornfeld and Klipstein, Bern

5197   70057 611A   30,000   50,000 KMG ~ Kathleen Guzman

**ROBERT RAUSCHENBERG (American, 1925-2008)**
*Blanco* (from the *Ground Rules* series), 1996
Intaglio in colors on Arches en Tout Cas paper
54-3/4 x 40-3/4 inches (139.1 x 103.5 cm)
Ed. 37/44 (total edition includes 7 artist's proofs)
Signed, dated and numbered in pencil with publisher's blindstamp
Published by ULAE, Bay Shore, New York

5197   70078 P-Rack 3   5,000   7,000 KMG ~ Kathleen Guzman

**ALEXANDER CALDER (American, 1898-1976)**
*Birds in Flight*, 1975
Lithograph in colors
26-3/4 x 36-5/8 inches (68.1 x 93.0 cm) sheet
Ed. EA (aside from the edition of 125)
Signed and annotated on bottom edge

*Property of a Distinguished Gentleman*

698   171001 Vault 21A   2,000   3,000 KMG ~ Kathleen Guzman

C10: 411: "ROBERT COTTINGHAM (American: b. 1935)
Untitled
Acrylic on paper
Framed and matted signed and dated by the artist 1978
10-1/2 x 10-1/2"" "
Estimate: $15,000- $20,000, Reserve $12,000

698   171002 Jennifer's Desk   15,000   20,000 KMG ~ Kathleen Guzman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF PLAN ADMINISTRATOR'S CONDITIONAL RELEASE OF CLAIMS AND INTERESTS IN AND TO CERTAIN ART WORK AND FURTHER NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST A HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 13, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **February 13, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒     Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 13, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

***Via Federal Express***
Honorable Victoria S. Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 13, 2015 | Gini L. Downing | */s/ Gini L. Downing* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                  **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:286101.1 32270/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Brett A Axelrod    baxelrod@foxrothschild.com
- Ellen M Bender    ebender@pszjlaw.com, mdj@pszjlaw.com
- Vivian Bodey    vivian.bodey@irscounsel.treas.gov
- Alain Bonavida    avbesq@yahoo.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Bradley E Brook    bbrook@bbrooklaw.com, paulo@bbrooklaw.com;brookecfmail@gmail.com
- Howard Camhi    hcamhi@ecjlaw.com, kanthony@ecjlaw.com
- Linda F Cantor    lcantor@pszjlaw.com, lcantor@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Enid M Colson    emc@dgdk.com, ecolson@dgdk.com;DanningGill@gmail.com
- Peter A Davidson    pdavidson@ecjlaw.com, lpekrul@ecjlaw.com
- Peter A Davidson    pdavidson@ecjlaw.com, lpekrul@ecjlaw.com
- Kristopher Davis    kristopher.davis@dbr.com
- Nora Demirjian    Nora.Demirjian@irscounsel.treas.gov
- Matthew J Eandi    mjeandi@ecjlaw.com, lpekrul@ecjlaw.com
- Toy R Fields    toy@toyfieldslawgroup.com
- Joshua P Friedman    jfriedman@jpfassociates.com
- Bernard R Given    bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com
- Barry S Glaser    bglaser@swesq.com
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,
  dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Leonard L Gumport    lgumport@gumportlaw.com
- Chad V Haes    chaes@marshackhays.com, ecfmarshackhays@gmail.com
- Michael C Heinrichs    mheinrichs@omm.com
- Michael C Heinrichs    mheinrichs@omm.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Leslie R Horowitz    lhorowitz@clarktrev.com
- James KT Hunter    jhunter@pszjlaw.com
- James KT Hunter    jhunter@pszjlaw.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Jeffrey L Kandel    jkandel@pszjlaw.com
- Jonathan J Kim    jkim@pszjlaw.com, jkim@pszjlaw.com
- Jonathan J Kim    jkim@pszjlaw.com, jkim@pszjlaw.com
- Robert S Lampl    advocate45@aol.com
- Adam A Lewis    alewis@mofo.com
- Zi Chao Lin    zilin78@yahoo.com, dcameron@garrett-tully.com
- Zi Chao Lin    zlin@garrett-tully.com, dcameron@garrett-tully.com
- Ben H Logan    blogan@omm.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- Neeta Menon    nmenon@btlaw.com
- Pedram Minoofar    pedram@ymllp.com
- Robert Mockler    rmockler@mckoolsmithhennigan.com, ainemer@mckoolsmithhennigan.com
- Kerry A. Moynihan    kerry.moynihan@bryancave.com,
  apameh.vaziri@bryancave.com;raul.morales@bryancave.com
- Jonathan Myers    jmyers@jaffelaw.com, aschehr@jaffelaw.com
- Jonathan Myers    jmyers@jaffelaw.com, aschehr@jaffelaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                          **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:286101.1 32270/001

- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mirmanbubman.com
- Victoria Newmark    vnewmark@pszjlaw.com
- Won M Park    wpark@wcb-law.com, maguiniga@wcb-law.com;dsokol@wcb-law.com
- Faye C Rasch    frasch@ecjlaw.com, kanthony@ecjlaw.com
- Faye C Rasch    frasch@ecjlaw.com, kanthony@ecjlaw.com
- Michael E Reznick    , reznagoura@aol.com
- Michael E Reznick    reznagoura@aol.com, reznagoura@aol.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Christopher O Rivas    crivas@reedsmith.com
- Anthony J Rothman    anthony@arothmanlaw.com
- Kenneth N Russak    krussak@frandzel.com, efiling@frandzel.com;dmoore@frandzel.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- Benjamin Seigel    bseigel@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
- David Seror    dseror@ebg-law.com, ecf@ebg-law.com
- John W Shenk    jshenk@ecjlaw.com
- Claire E Shin    cshin@greenbergglusker.com,
  jking@greenbergglusker.com;kwoodson@greenbergglusker.com;calendar@greenbergglusker.com
- Donna J Silver    dsilver@skes-law.com, donnav@skes-law.com;daisy@skes-law.com
- Ramesh Singh    claims@recoverycorp.com
- John N Tedford    jtedford@dgdk.com, DanningGill@gmail.com;jtedford@ecf.inforuptcy.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- David R. Weinstein    dweinstein@weinsteinlawfirm.net
- Beth Ann R Young    bry@lnbyb.com

**2. SERVED BY UNITED STATES MAIL:**

Wendy C Lascher
1050 S. Kimball Road
Ventura, CA 93004

Dennis Elber
Stolpman Krissman et al
111 W Ocean Blvd 19th Fl
Long Beach, CA 90802-4649

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                              **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:286101.1 32270/001